1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

THE PHOENIX INSURANCE COMPANY,

Plaintiff,

vs.

RJB WHOLESALE INC., a Washington
Corporation; JEFFREY CASTLEBERRY and
"JANE DOE" CASTLEBERRY, husband and
wife and the marital community composed
thereof,

Defendant.

No. 2:19-cv-01161-JLR

**STIPULATION AND
[PROPOSED] ORDER**

## I.     STIPULATION

Plaintiff The Phoenix Insurance Company ("Phoenix"), and Defendants

Jeffrey Castleberry and "Jane Doe" Castleberry ("Castleberries"), by and through

their respective attorneys, hereby agree and stipulate as follows:

1. Defendants Jeffrey and Jane Doe Castleberry agree to be bound by

any coverage decision or ruling made by the Court as part of this

action.

**STIPULATION AND PROPOSED ORDER – 1**

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444  F: (206) 467-5544

2. In consideration of this agreement, Phoenix agrees to dismiss the claims asserted against the Castleberries without prejudice and without fees or costs to either Party.

DATED this 26th day of August, 2019.

LETHER & ASSOCIATES, PLLC

s/ Thomas Lether
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
1848 Westlake Ave N., Suite 100
Seattle, WA 98109
Telephone: (206) 467-5444
Facsimile: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
Counsel for The Phoenix
Insurance Company

STOEL RIVES. LLP

s/ James M. Shore
James M. Shore, WSBA #28095
600 University Street, Suite 3600
Seattle, WA 98101
Telephone: (206) 386-7578
Jim.shore@stoel.com
Counsel for Jeffrey Castleberry and
Jane Doe Castleberry

## II.   ORDER

Based on the foregoing Stipulation, it is now, hereby:

ORDERED that Defendants Jeffrey Castleberry and Jane Doe Castleberry are hereby dismissed from this action without prejudice and without recovery.

DATED: _26 August 2019_

_____
Honorable James L. Robart

STIPULATION AND PROPOSED ORDER – 2

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544