1

2

3

4

IN THE UNITED STATES DISTRICT COURT
5   FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7   THE PHOENIX INSURANCE COMPANY,                 No.  2:19-cv-01161-JLR

8                    Plaintiff,                    ~~(PROPOSED)~~ ORDER AMENDING
                                                   CASE SCHEDULE

9        vs.                                       (Clerk's action required)

10   RJB WHOLESALE INC., a Washington
     Corporation; JEFFREY CASTLEBERRY and
11   "JANE DOE" CASTLEBERRY, husband and
     wife and the marital community composed
12   thereof,

13                    Defendant.                   and finding good cause for an extension,

14   Upon consideration of the Stipulated Motion for Extension of Time, it is hereby

15   ORDERED that the deadlines for the following are hereby amended as follows:

16   **Case Events**                                **Amended Due Date**

17   Deadline for FRCP 26(f) Conference:            November 4, 2019

18   Initial Disclosures Pursuant to 26(a)(1):      November 8, 2019

19   Combined Joint Status Report and Discovery Plan
     as Required by FRCP 26(f) and Local Civil Rule 26(f):   November 15, 2019

20   //

21   //

22

23

Dated: ___12 September 2019___

_____
Honorable Judge James L. Robart

Presented By:

LETHER & ASSOCIATES, PLLC

_/s/ Thomas Lether_
Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P: (206) 467-5444/F: (206) 467-5544
eneal@letherlaw.com
tlether@letherlaw.com
_Attorneys for Plaintiff Phoenix Insurance Company_


INSLEE, BEST, DOEZIE, & RYDER, P.S.

_/s/ Mark Leen_
Mark Leen, WSBA #35934
Richard Bersin, WSBA #7178
10900 NE 4th St., Suite 1500
Bellevue, WA 98004
P: (425) 455-1234
mleen@insleebest.com
rbersin@insleebest.com
_Counsel for Defendant RJB Wholesale, Inc._

1

## CERTIFICATE OF SERVICE

2

The undersigned hereby certifies under the penalty of perjury under the laws of the State

3

of Washington that on this date I caused to be served in the manner noted below a true and

4

correct copy of the foregoing on the Parties mentioned below as indicated:

5

6
     Mark Leen
     Richard Bersin
     Inslee, Best, Doezie & Ryder, P.S.

7
     10900 NE 4th Street, Suite 1500
     Bellevue, WA 98004

8
     mleen@insleebest.com
     rbersin@insleebest.com

9
     *Counsel for Defendant RJB Wholesale, Inc.*

10

11
**By:**     ☐ **First Class Mail**     ☒ **ECF**

12
     Dated this September 10th 2019 at Seattle, Washington.

13

14
                               */s/ Lina Wiese*
                               Lina Wiese | Paralegal

15

16

17

18

19

20

21

22

23