1

2

3

4

5

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6

7 | THE PHOENIX INSURANCE COMPANY,

No. 2:19-cv-01161-JLR

8 | Plaintiff,

(~~PROPOSED~~) ORDER EXTENDING
DEADLINES

9 | vs.

(CLERK'S ACTION REQUIRED)

10 | RJB WHOLESALE INC., a Washington
Corporation; JEFFREY CASTLEBERRY and

11 | "JANE DOE" CASTLEBERRY, husband and
wife and the marital community composed

12 | thereof,

13 | Defendant.

14

15 | Defendants.

16     **Upon consideration of the Stipulated Motion to Amend Case Schedule and Extend**

17 **Initial Discovery Deadlines, and finding good cause for said extension, it is hereby**

18 **ORDERED that the deadlines for the following are hereby amended as follows:**

19 | **Case Events**

**Amended Due Date**

20 | Deadline to Answer Complaint:

November 11, 2019

21 | Deadline for FRCP 26(f) Conference:

December 4, 2019

22 | Initial Disclosures Pursuant to 26(a)(1):

December 11, 2019

23 | Combined Joint Status Report and Discovery Plan
as Required by FRCP 26(f) and Local Civil Rule 26(f):

December 18, 2019

[PROPOSED] ORDER EXTENDING DEADLINES- 1

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544

1    Dated: ___23 October 2019___

2

3                                   Honorable Judge James L. Robart

4

5    Presented By:

6    LETHER & ASSOCIATES, PLLC

7    /s/ Thomas Lether
8    Thomas Lether, WSBA #18089
     Eric J. Neal, WSBA #31863
9    1848 Westlake Avenue N, Suite 100
     Seattle, WA 98109
10   P: (206) 467-5444/F: (206) 467-5544
     eneal@letherlaw.com
11   tlether@letherlaw.com
     Attorneys for Plaintiff Phoenix Insurance Company

12

13   INSLEE, BEST, DOEZIE, & RYDER, P.S.

14   /s/ Mark Leen
     Mark Leen, WSBA #35934
15   Richard Bersin, WSBA #7178
     10900 NE 4th St., Suite 1500
16   Bellevue, WA 98004
     P: (425) 455-1234
17   mleen@insleebest.com
     rbersin@insleebest.com
18   Counsel for Defendant RJB Wholesale, Inc.

19

20

21

22

23

     [PROPOSED] ORDER EXTENDING DEADLINES- 2

1

## CERTIFICATE OF SERVICE

2

3  The undersigned hereby certifies under the penalty of perjury under the laws of the United

States of America that on this date I caused to be served in the manner noted below a true and

4

correct copy of the foregoing on the Parties mentioned below as indicated:

5

Mark Leen

6  Richard Bersin
Inslee, Best, Doezie & Ryder, P.S.

7  10900 NE 4th Street, Suite 1500
Bellevue, WA 98004

8  mleen@insleebest.com
rbersin@insleebest.com

9  *Counsel for Defendant RJB Wholesale, Inc.*

10

11  **By:**     ☐ **First Class Mail**          ☒ **ECF**

12  Dated this October 18th 2019 at Seattle, Washington.

13

14  */s/ Lina Wiese*
Lina Wiese | Paralegal

15

16

17

18

19

20

21

22

23

[PROPOSED] ORDER EXTENDING DEADLINES- 3

LETHER & ASSOCIATES PLLC.
1848 WESTLAKE AVENUE N, SUITE 100
SEATTLE, WA 98109
P: (206) 467-5444 F: (206) 467-5544