1

2

3

4

5

6

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7

8

| THE PHOENIX INSURANCE COMPANY, | No. 2:19-cv-01161-JLR |
|---|---|
| Plaintiff, | |
| vs. | (~~PROPOSED~~) ORDER EXTENDING DEADLINES |
| RJB WHOLESALE INC., a Washington Corporation; JEFFREY CASTLEBERRY and "JANE DOE" CASTLEBERRY, husband and wife and the marital community composed thereof, | (CLERK'S ACTION REQUIRED) |
| Defendant. | |

9

10

11

12

13

14

15

16    Upon consideration of the Stipulation to Extend the Initial Disclosure Deadline, it is (Dkt. #22)

17    hereby ORDERED that the Initial Disclosure and Combined Joint Status Report and Discovery

18    Plan deadlines are extended to February 21, 2020. In addition, the court DENIES

as Moot Defendant RJB wholesale, Inc's motion requesting the

19    same relief. (Dkt. # 20).

ENTERED this __14th__ day of February, 2020.

20

21

Hon. James L. Robart

22

23    No. 2:19-cv-01161-JLR
(Proposed) Order Extending Deadlines - Page 1

24    1045814.1 - 364901 -0003

INSLEE BEST    Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

1   Presented by:

2   INSLEE, BEST, DOEZIE & RYDER, P.S.

3

By: /s/ Mark S. Leen

4        Mark S. Leen, WSBA # 35934
         10900 NE 4th Street, Suite 1500
5        Bellevue, WA 98004
         Tel: 425-455-1234
6        Fax: 425-635-7720
         Email: mleen@insleebest.com
7        *Attorneys for Defendant RJB Wholesale Inc.*

8

LETHER & ASSOCIATES, PLLC
9

10  By /s/ Thomas Lether
         Thomas Lether, WSBA #18089
11       Eric J. Neal, WSBA #31863
         1848 Westlake Avenue N, Suite 100
         Seattle, WA 98109
12       P: (206) 467-5444/F: (206) 467-5544
         eneal@letherlaw.com
13       tlether@letherlaw.com
         *Attorneys for Plaintiff Phoenix Insurance Company*

14

15

16

17

18

19

20

21

22

23  No. 2:19-cv-01161-JLR
    (Proposed) Order Extending Deadlines - Page 2
24  1045814.1 - 364901 -0003

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

1

## DECLARATION OF SERVICE

2   I hereby declare that on this 13th day of February, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of

3   such filing to the following:

4   *Attorneys for Plaintiff The Phoenix Insurance Company:*

5

Thomas Lether, WSBA #18089

6   Eric J. Neal, WSBA #31863
Lether Law Group

7   1848 Westlake Avenue North, Suite 100
Seattle, WA 98109

8

9   DATED this 13th day of February, 2020 at Bellevue, Washington.

10                                       */s/ Tawnya Sarazin*
                                         Tawnya Sarazin, *Legal Assistant*

11

12

13

14

15

16

17

18

19

20

21

22

23   No. 2:19-cv-01161-JLR
(Proposed) Order Extending Deadlines - Page 3

24   1045814.1 - 364901 -0003

INSLEE
BEST

Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004

425.455.1234 | www.insleebest.com