1
2
3
4
5
6
7
8
9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

10

THE PHOENIX INSURANCE
COMPANY,

CASE NO. C19-1161JLR

11

Plaintiff,

ORDER GRANTING
STIPULATED MOTION TO
EXTEND INTITAL DISCOVERY
DEADLINES

12

v.

13

RJB WHOLESALE, INC.,

14

Defendant.

15

16

Before the court is the parties' stipulated motion to extend the initial discovery

17

deadlines.  (Stip. (Dkt. # 26).)  Based on the parties' representations, the court finds good

18

cause to extend the deadlines to March 22, 2020.  Therefore, the court GRANTS the

19

//

20

//

21

//

22

//

stipulated motion and extends the deadlines for initial disclosures, combined joint status report, and discovery plan to March 22, 2020.

Dated this 11th day of March, 2020.

JAMES L. ROBART
United States District Judge