IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>RJB WHOLESALE INC., a Washington Corporation; JEFFREY CASTLEBERRY and "JANE DOE" CASTLEBERRY, husband and wife and the marital community composed thereof,<br><br>Defendant. | No. 2:19-cv-01161-JLR<br><br>**ORDER EXTENDING DEADLINES**<br><br>(CLERK'S ACTION REQUIRED) |

No party filed an opposition to Defendant RJB Wholesale, Inc.'s ("RJB") amended motion to extend the initial discovery deadlines. (*See generally* Dkt.) Ordinarily, "if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." Local Rules W.D. Wash. LCR 7(b)(2). Accordingly, the

//

//

//

No. 2:19-cv-01161-JLR
(Proposed) Order Extending Deadlines - Page 1
1045814.1 - 364901 -0003

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

1  court GRANTS RJB's motion (Dkt. # 29).  Further, the court ORDERS that the Initial Disclosure

2  and Combined Joint Status Report and Discovery Plan deadlines are extended to May 21, 2020.

3        ENTERED this 21st day of April, 2020.

JAMES L. ROBART
United States District Judge

Presented by:

INSLEE, BEST, DOEZIE & RYDER, P.S.

By: */s/ Mark S. Leen*
   Mark S. Leen, WSBA # 35934
   10900 NE 4th Street, Suite 1500
   Bellevue, WA 98004
   Tel: 425-455-1234
   Fax: 425-635-7720
   Email: mleen@insleebest.com
   *Attorneys for Defendant RJB Wholesale Inc.*

No. 2:19-cv-01161-JLR
(Proposed) Order Extending Deadlines - Page 2
1045814.1 - 364901 -0003

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of March, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Attorneys for Plaintiff The Phoenix Insurance Company:*

Thomas Lether, WSBA #18089
Eric J. Neal, WSBA #31863
Lether Law Group
1848 Westlake Avenue North, Suite 100
Seattle, WA 98109


DATED this 20th day of March, 2020 at Bellevue, Washington.

/s/ Mark S. Leen
Mark S. Leen, WSBA # 35934
10900 NE 4th Street, Suite 1500
Bellevue, WA 98004
Tel: 425-455-1234
Fax: 425-635-7720
Email: mleen@insleebest.com
*Attorneys for Defendant RJB Wholesale Inc.*

No. 2:19-cv-01161-JLR
(Proposed) Order Extending Deadlines - Page 3
1045814.1 - 364901 -0003

INSLEE BEST
Skyline Tower
Suite 1500
10900 NE 4th Street
Bellevue, WA 98004
425.455.1234 | www.insleebest.com