1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE PHOENIX INSURANCE COMPANY, | No. 2:19-cv-01161-JLR |
| Plaintiff, | **STIPULATION AND ORDER OF DISMISSAL** |
| vs. | **NOTE ON MOTION CALENDAR: May 27, 2020** |
| RJB WHOLESALE INC., a Washington Corporation; JEFFREY CASTLEBERRY and "JANE DOE" CASTLEBERRY, husband and wife and the marital community composed thereof, | |
| Defendant. | |

## I.    STIPULATION

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff The Phoenix Insurance Company and Defendant RJB Wholesale, Inc., hereby stipulate and agree that this case, Plaintiffs' claims against Defendant, and Defendant's Counterclaims against Plaintiff shall be dismissed with prejudice and without attorneys' fees or costs to any party..

Stipulation for Dismissal – 1

1

2     DATED this 27th day of May, 2020.

3

4                                              LETHER LAW GROUP

5                                              /s/   Thomas Lether
                                               Thomas Lether, WSBA #18089
                                               /s/  Eric Neal
6                                              Eric J. Neal, WSBA #31863
                                               1848 Westlake Avenue N, Suite 100
7                                              Seattle, WA 98109
                                               P:  (206) 467-5444/F: (206) 467-5544
8                                              tlether@letherlaw.com
                                               eneal@letherlaw.com
9                                              Attorneys for Plaintiff The Phoenix Insurance
                                               Company

10

11                                             INSLEE, BEST, DOEZIE, & RYDER, P.S.

12                                             /s Richard  Bersin
                                               Mark Leen, WSBA # 35934
13                                             Richard Bersin, WSBA # 7178
                                               10900 NE 4th Street, Suite 1500
14                                             Bellevue, WA 98004
                                               P: (425) 455-1234/ F: (425) 635-7720
15                                             mleen@insleebest.com
                                               rbersin@insleebest.com
                                               Counsel for Defendant RJB Wholesale, Inc

16

17

18

19

20

21

22

23

Stipulation for Dismissal – 2

## II.   ORDER

Based on the Parties' Stipulated Dismissal it is ORDERED that this action is hereby dismissed with prejudice and without attorneys' fees or costs to any party.

DATED this 28th day of May, 2020.

JAMES L. ROBART
United States District Judge

Presented By:

LETHER LAW GROUP

*/s/ Thomas Lether*
Thomas Lether, WSBA #18089
*/s/ Eric Neal*
Eric J. Neal, WSBA #31863
1848 Westlake Avenue N, Suite 100
Seattle, WA 98109
P:  (206) 467-5444/F: (206) 467-5544
tlether@letherlaw.com
eneal@letherlaw.com
*Attorneys for Plaintiff The Phoenix Insurance Company*

INSLEE, BEST, DOEZIE, & RYDER, P.S.

*/s/ Richard Bersin*
Mark Leen, WSBA # 35934
Richard Bersin, WSBA # 7178
10900 NE 4th Street, Suite 1500
Bellevue, WA 98004
P: (425) 455-1234/ F: (425) 635-7720
mleen@insleebest.com
rbersin@insleebest.com
*Counsel for Defendant RJB Wholesale, Inc*

Stipulation for Dismissal – 3

1

## CERTIFICATE OF SERVICE

2      The undersigned hereby certifies under the penalty of perjury under the laws of the State

3   of Washington that on this date I caused to be served in the manner noted below a true and correct

4   copy of the foregoing on the parties mentioned below as indicated:

5

6   Mark Leen
Richard Bersin
Inslee, Best, Doezie & Ryder, P.S.
7   10900 NE 4th Street, Suite 1500
Bellevue, WA 98004
8   Phone: 425-455-1234
Mark Leen direct line: (425) 450-4219
9   Fax: (425) 635-7720
mleen@insleebest.com
10  rbersin@insleebest.com
*Counsel for Defendant RJB Wholesale, Inc.*

11

12

13

14  **By:**      ☐ **First Class Mail**      ☒ **ECF/Email**      ☐ **Legal Messenger**

15      Dated this 27th day of May, 2020 at Seattle, Washington.

16

17                              */s/ Aly Rybina*
                              Aly Rybina | Paralegal

18

19

20

21

22

23

Stipulation for Dismissal – 4